ORIGINAL

FILED

AUG 1 0 2010

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

1  DEVIN DERHAM-BURK #104353
   CHAPTER 13 STANDING TRUSTEE
2  P O BOX 50013
   SAN JOSE, CA 95150-0013
3
   Telephone: (408) 354-4413
4  Facsimile: (408) 354-5513

5  Trustee for Debtors

6

7

8                  UNITED STATES BANKRUPTCY COURT
                   NORTHERN DISTRICT OF CALIFORNIA
9                        SAN JOSE DIVISION

10

11 In Re:                          )  Chapter 13
                                   )
12 RICARDO DE LA CRUZ              )  Case No. 04-57345 RLE
                                   )
13 JUANA DE LA CRUZ               )  **NOTICE OF UNCLAIMED DIVIDEND**
                                   )
14              Debtors            )
                                   )
15 _____)

16 TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

17     Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above
   referenced case hereby turns over to the Court, Check # 2473111 for an unclaimed dividend
18 in the amount of $29.74. The name and address of the claimant entitled to the unclaimed
   dividend is as follows;
19

20         RICARDO DE LA CRUZ
           JUANA DE LA CRUZ
21         P O BOX 1122
           FREEDOM, CA 95019
22

23

24 Dated: August 04, 2010            _____
                                     DEVIN DERHAM-BURK, TRUSTEE
25

26

27

28

04-57345 RLE  Notice of Unclaimed Dividend